```
                                                              1

 1                      STATE OF MARYLAND

 2      IN THE CIRCUIT COURT FOR THE COUNTY OF BALTIMORE

 3   STATE OF MARYLAND              )

 4                                  )

 5         vs                       ) Case Number K-15-7125

 6                                  )

 7   TYRONE CAMPBELL                )

 8                                  )

 9                                  ) May 10, 2016

10              TRANSCRIPT OF PROCEEDINGS

11                      (EXCERPT).

12

13   BEFORE:  THE HONORABLE SHERRIE R. BAILEY, Judge

14                                       (and a jury)

15   APPEARANCES:

16          ON BEHALF OF THE STATE:

17              DANIEL B. TRIMBLE, ESQ.

18              EPHRAIM SIFF, ESQ.

19          ON BEHALF OF THE DEFENDANT:

20              QUINCY COLEMAN, ESQ.

21

22   Transcribed by:

23   Room 403

24   401 Bosley Avenue

25   Towson, Maryland  21204
```

```
 1                      (EXCERPT)
 2           (Witness sworn)
 3   Whereupon,
 4                    TROY SMITH,
 5   a witness called by the state, after being duly sworn,
 6   was examined as follows:
 7           THE CLERK:  Please be seated.  For the
 8   record, please state your name.
 9           THE WITNESS:  Troy Smith.
10                 DIRECT EXAMINATION
11   BY MR. TRIMBLE:
12      Q.   Good morning, Mr. Smith.  Mr. Smith, I am
13   going to ask you to speak as clearly as you can into
14   the microphone, not only for the record but also for
15   the ladies and gentlemen of the jury.
16      A.   Yes, sir.
17      Q.   Can you do that for me?
18      A.   Yes, sir.
19      Q.   Thank you.
20           Mr. Smith, are you from Baltimore?
21      A.   Yes, sir.
22      Q.   Are you currently living in Baltimore?
23      A.   No, sir.
24      Q.   It is my understanding -- it is my
25   understanding you are in federal custody; is that
```

```
 1   correct?
 2       A.   Yes, sir.
 3       Q.   Why is that?
 4       A.   I had a RICO charge.  The government indicted
 5   me in 2008.
 6       Q.   And are you serving time at this point?
 7       A.   Yes, sir.
 8       Q.   How long are you serving?
 9       A.   25 years.
10       Q.   When you lived in Baltimore -- well, let me
11   ask you, were you born in Baltimore?
12       A.   I was born in Baltimore City.
13       Q.   And until your current custody situation, did
14   you always live in Baltimore?
15       A.   Yes, sir.
16       Q.   Whereabouts did you live?
17       A.   I live with my ex-fiancee in East Rock
18   apartments, townhomes in East Rock.
19       Q.   Where is that, sir?
20       A.   It's off of Marlyn.  It's in Essex.
21       Q.   Here in Baltimore County?
22       A.   Yes, sir.
23       Q.   And when did you live there?
24       A.   I lived there in, I believe I lived there
25   probably from 2004, I lived there to 2006 or 2007,
```

1  2007.
2     Q.   About how old were you then?
3     A.   Probably about 22, 23.
4     Q.   When you were residing there around 2004 to
5  2006, you said, were you familiar with other residents
6  of the East Rock area?
7     A.   Yes, I was real familiar with them.  My
8  mother -- my bad.  My mother had lived there since '99,
9  so I also lived there with my mother before I lived
10 there with my ex-fiancee.
11    Q.   When you lived there, who did you hang out
12 with?
13    A.   I hung out with individuals that basically
14 lived in the area of East Rock.
15    Q.   Did you know Desmond Tunstall?
16    A.   Yes, I know Dez.
17    Q.   And did you know his brothers?
18    A.   I knew all his brothers, even the one that
19 died.
20    Q.   And what are their names?
21    A.   His youngest brother is Turtle.  I know him
22 by nickname.  I don't know first name.  And Dez is the
23 middle baby, then it's Dorrell, then it was Dominick
24 was the oldest brother died from a aneurism.
25    Q.   Now, did you know other people in East Rock?

```
 1       A.    Yes.  I know a lot of people in East Rock.  I
 2   knew --
 3       Q.    Did you know an Atkene Bain?
 4       A.    What is his nickname?
 5       Q.    Did you know a man named Jah?
 6       A.    Yes, I knew Jah.  I knew Jah.
 7       Q.    Did you know an Anthony Fortune?
 8       A.    What's his nickname?
 9       Q.    Caprice.
10       A.    Yes, I know Caprice.
11       Q.    How is it that you knew all these
12   individuals?
13       A.    Well, I knew-- well, basically, all us,
14   basically hung around East Rock.  I knew Caprice from
15   when he was in middle school.  Him and my baby mother
16   little brother was close before he came up to high
17   school, and I went to high school with Caprice.  Jah,
18   it was a guy that came around in the summer that
19   Caprice introduced basically his friend.  I can't
20   remember if they relatives or not, but I believe so.
21             But he introduced him, and he just hung
22   around, and you know, he just was around there, you
23   know, doing teen-age stuff, you know, dudes drinking,
24   smoking, you know stuff like that, normal stuff.
25       Q.    Do you remember where Jah came from,
```

1  city-wise I mean?
2      A.   No, I don't remember.  I think it is New York
3  though.  I believe it's New York.
4      Q.   Now, how close were you with these
5  individuals?
6      A.   Well, I was the closest with Dez, because I
7  knew Dez since -- well, I knew his brother and him
8  since middle school, since the sixth grade.  Me and
9  Dez, one of his older brothers, Dorrell, we play Mount
10 Carmel basketball together at Stembridge, so I knew him
11 awfully well, and I knew Dez and, you know, Turtle like
12 that, and I used to see Caprice when he come around,
13 and I used to give him little pointers.
14          I believe his eleventh grade year was my
15 senior year, and they moved him up to play varsity
16 basketball with us, so you know, pretty much throughout
17 the playing basketball, the basketball courts, things
18 like that, I seen them riding around, messing with
19 girls.
20          And I think me and Caprice mess with--I mess
21 one of the older sisters of a female he mess with one
22 of the younger sisters, so I pretty much know him well.
23     Q.   Now, living in East Rock, were you familiar
24 with the neighborhood of Cove Village?
25     A.   Yes, sir.

1       Q.   And were you familiar with individuals who
2   lived in Cove Village?
3       A.   Yes, sir.
4       Q.   Do you remember anyone particular living in
5   Cove Village?
6       A.   Yes.  I remember a couple individuals.  It
7   was just like a rival beef when I moved to East Rock.
8   It was just a beef between two neighborhoods that, you
9   know, it died down.  Sometimes it's a real high beef.
10  I mean, it's active, and sometimes it's not.
11           So I pretty much know individuals that don't
12  like me and individuals who do like me.
13      Q.   Do you remember Darryl Bolling?
14      A.   Yes, I believe his nickname is Dee.
15      Q.   Yes, Dee.
16      A.   Yes.
17      Q.   Do you remember him?
18      A.   Yes, of course, I would know him by streets
19  by nicknames, Dee, yes, sir.
20      Q.   And was he from Cove Village?
21      A.   Yes, he was from Cove Village.
22      Q.   Do you remember anybody who had a nickname of
23  Deuce?
24      A.   Deuce, Deuce, Deuce, Deuce, I heard the
25  name.  I can't put the face with it, but I remember the

```
 1  name.  I remember the nickname.
 2      Q.   Do you remember anybody else from Cove
 3  Village?
 4      A.   A lot.  Some dudes, like it was a dude, Dee,
 5  his right hand man, he used to hang with real tough.  I
 6  remember him because he went to high school.  He was
 7  really cool, my baby mother little brother.  I believe
 8  they used to call him -- What they used to call him?  I
 9  can't remember the name, but I remember him by face
10  though, but I remember his name, but I remember it's
11  Ray Amando (phonetic).
12      Q.   How close are East Rock and Cove Village?
13      A.   I would say maybe like seven blocks,
14  something like that.  It's not that far.  It's just
15  like, if you come from out of East Rock, you go up the
16  street, just like you go over the bridge.  It's just
17  basically a couple blocks and the bridge that pretty
18  much separate East Rock from Cove Village, but it's up
19  the street though.  It is not a long ways.
20      Q.   You said earlier that there was a hot and
21  cold running beef between the neighborhoods?
22      A.   Yes.  I say it might be a individual beef,
23  where it may be someone who is beefing with somebody
24  from East Rock and Cove Village be beefing, and one of
25  the old heads, old heads from Cove Village would like
```

```
 1  see me or one of my friend's in the barber shop or
 2  maybe car wash or in the club and just ask could we
 3  squash the beef.
 4          And then we will talk to the dudes who was
 5  beefing in the neighborhood and tell them to squash the
 6  beef, and that's usually how it dies down.  But then
 7  something would happen and then the beef be live again
 8  between the two neighborhoods.
 9      Q.  When folks from East Rock or folks from Cove
10  Village wanted to liven up the beef, how would they
11  travel back and forth?
12      A.  Say that again.  You say liven up the beef?
13      Q.  Well, in a period when it was I guess hot and
14  heavy--
15      A.  Yes.
16      Q.  -- how would folks get back and forth?
17      A.  I mean, they would walk.  Sometimes some
18  people would drive, you know.
19      Q.  Okay.  And how were the beefs handled?
20      A.  It's always with violence.  It is never ends
21  until it come to a point where one of the old heads
22  would want to talk, but it is always with violence.  It
23  is never like nothing that, you know, that's the only
24  way the beef is.  That's what beef is, with violence.
25      Q.  Do you remember a time when the individual
```

1   you knew as Turtle was in some way either robbed or
2   attacked?
3       A.   Yes, I remember that.
4       Q.   And around when was that?
5       A.   Well, it was in 2004.  It was in the night
6   time.  I remember that.
7       Q.   Was it in the summer?
8       A.   Yes, it was summer time.
9       Q.   Do you remember any particular month?
10      A.   No, I can't remember the particular month.  I
11  can't remember the particular month, but I know it was
12  summer time 2004 though.
13      Q.   Do you know whether it was towards the
14  beginning or towards the end?
15      A.   I couldn't get it that accurate, but I would
16  say maybe towards the end.
17      Q.   Okay.  Now, what if anything do you know
18  occurred because of that?
19      A.   I know that-- I believe I was going to see my
20  grandmother at night time, and I was going to say good
21  bye for the night, because she got diabetes, and my
22  uncle lives with her, but I always check in on her,
23  just because.
24           And I was pulling up, and I seen Dez and --
25  Dez out front outside of this girl house, this girl

1  named Skittle's house, and he told me he wanted to
2  holler at me.
3         So when I got out the car, I came and talk to
4  him, whatever, and he basically told me the Cove
5  Village--
6         MR. COLEMAN: Objection.
7         THE COURT: Sustained.
8  BY MR. TRIMBLE:
9     Q.  Without telling the court or the jury the
10 words you heard--
11    A.  Right.
12    Q.  -- did you come to understand that something
13 had occurred with Turtle?
14    A.  Yes.
15         The guy, Dee from Cove Village tried to rob
16 Turtle.
17    Q.  Did you come to understand that there was a
18 response?
19    A.  Yes, it was a response. It was, they
20 retaliated.
21    Q.  When you received this information from Dez,
22 who was there?
23    A.  It was Dez, it was Turtle, it was Jah and it
24 was Caprice.
25    Q.  Do you remember seeing anyone else there?

1    A.   No.

2    Q.   Do you remember talking about another
3    individual?

4    A.   Yes, we talked about another individual, a
5    dude named Ty.

6    Q.   Okay.  And do you see that person here today?

7    A.   Yes.

8    Q.   Now, how did you know Ty?

9    A.   I know him through Dez.  Dez introduced me to
10   him.

11   Q.   Was he a regular person to hang in or around
12   East Rock?

13   A.   No.  He's from Fontana Village.  He is not
14   from East Rock.

15   Q.   Well, where is Fontana Village?

16   A.   Fontana Village is-- How can I explain it?
17   It's across from Golden Ring Mall, so it's a little
18   ways than Cove Village would be from East Rock.

19   Q.   How would people from Fontana Village come to
20   know people from East Rock?

21   A.   Well, they came.  Basically, they came to
22   know us through Dez, because Dez started hanging in
23   Fontana Village.

24   Q.   Did you see Dez in Fontana Village?

25   A.   Yes, I seen him there before.

1   Q.   And how often had you seen Ty?

2   A.   I seen him twice in East Rock.

3   Q.   Now, did you do anything with the information
4   that you got from Dez that night?

5   A.   I ain't-- no, I ain't done nothing. I mean,
6   I heard it, and I knew about it, but that was one of
7   those things you take to the grave. I didn't do
8   nothing else with it.

9   Q.   So that was back in '04, and you didn't talk
10  to the police or anyone else about it?

11  A.   No.
12       About about that time in my life, I was
13  living by the creed of the streets, so I definitely
14  wouldn't have talked to the police.

15  Q.   Did there come a time when you got in touch
16  with Baltimore City and Baltimore County detectives in
17  regards to information that you knew, such as this
18  information?

19  A.   Yes, sir.

20  Q.   And when was that?

21  A.   That was May of 2015 I believe.

22  Q.   Okay. Could it have been prior to that?

23  A.   Not -- I don't remember. I don't remember
24  that.

25  Q.   About how many times did you meet with the

```
 1   detectives?  Do you know?
 2        A.    A few, maybe like four or five times.
 3        Q.    And all those meetings were not in May of
 4   '15; were they?
 5        A.    No, no.  That's when I reached out to them.
 6        Q.    Okay.
 7        A.    Yes.
 8        Q.    So those meetings spread out over a period of
 9   time?
10        A.    Yes, spread out over a period of time.  I
11   believe the first time they came was November 2015, I
12   believe.
13        Q.    Are you sure of the year?
14        A.    Yes, I believe it was '15.  It was 2015.
15        Q.    Okay.
16        A.    Oh, no, no, no, no, no, it was -- Damn.  Was it?
17   No, it was '13.  My bad.  My bad.  It was 2013.  It was
18   2013.
19        Q.    So that was about the first time you met with
20   them?
21        A.    Yes.
22        Q.    And then after that, there was a series of
23   meetings?
24        A.    Yes, sir.
25        Q.    Did they show you photographs?
```

1    A.    Yes, they showed me photographs.

2    Q.    And did you have an opportunity to identify
3 people?

4    A.    Yes, sir.

5    Q.    In regards to the person named Ty, did you
6 identify a photograph of Ty?

7    A.    Yes, sir.

8    Q.    And do you remember what meeting that was at?

9    A.    I believe that was the last one.

10         MR. TRIMBLE:  Your Honor, I am going to-- if
11 I could approach the witness.

12         THE COURT:  You may.

13 BY MR. TRIMBLE:

14   Q.    I am going to show you what has been marked
15 for state's identification or for identification as
16 state's number 23.

17         Do you recognize this document?

18   A.    Yes, sir.

19   Q.    Okay.  First of all, can you tell us just
20 generally what the document is?

21   A.    It's a photograph of Ty.

22   Q.    Okay.  On this, there are -- there is a
23 picture, obviously, the photograph, and there is some
24 writing.

25   A.    Right.

```
 1      Q.   Can you identify the writing?
 2      A.   The first writing is my writing, and I
 3 believe that is the detective's writing.
 4      Q.   By the first writing, you mean the writing on
 5 the left, the handwriting on the left?
 6      A.   Yes, sir.
 7      Q.   And the second writing is the writing on the
 8 right?
 9      A.   Yes, sir.
10      Q.   Okay.  At the top, there is a word and some
11 numbers.  What is that?
12      A.   It says Ty, 3-4-15.
13      Q.   And then the second line down would be?
14      A.   Would be my signing, my signature again, Troy
15 Smith.
16      Q.   Okay.  On the other side, there is some more
17 numbers.
18      A.   Yes.  It says 9:23 a.m.
19      Q.   And then there is two signatures; is that
20 correct?
21      A.   Yes, sir.
22      Q.   Has this photograph changed in any way, shape
23 or form since you identified it?
24      A.   No, it's the exact one.
25      Q.   When you were presented this photograph, do
```

1  you remember if you were presented to it this way, so
2  that you didn't see the bottom of the fold?
3      A.   Yes, it definitely-- it definitely didn't
4  have no names on it.  It just was like this with his
5  face.
6      Q.   Thank you.
7           MR. TRIMBLE:  I am going to offer this as
8  state's number 23, Your Honor.
9           MR. COLEMAN:  No objection.
10          THE COURT:  State's exhibit number 23 is
11 admitted without objection.
12              (State's Exhibit No. 23
13              was received in evidence)
14 BY MR. TRIMBLE:
15     Q.   Sir, you and I have had a couple of
16 opportunities to talk; is that correct?
17     A.   Yes, sir.
18     Q.   And you had a couple of opportunities or more
19 than a couple of opportunities to speak to some
20 Baltimore County detectives?
21     A.   Yes, sir.
22     Q.   But you do not have any Baltimore County
23 charges; do you?
24     A.   I have a conviction from Baltimore County.
25     Q.   But you don't have anything pending?

1    A.    Oh, no, no, I don't have no charges pending.

2    Q.    And there are no agreements between Baltimore
3 County, either the State's Attorney's Office or the
4 police department, for you to come here and testify; is
5 there?

6    A.    No, sir.

7    Q.    Thank you.

8          MR. TRIMBLE:   That's that's all the questions
9 I have for Mr. Smith.

10         THE COURT:   Cross?

11              CROSS EXAMINATION
12 BY MR. COLEMAN:

13   Q.    Mr. Smith, you said you know Mr. Campbell; is
14 that correct?

15   A.    I said I met him twice.

16   Q.    You met him twice?

17   A.    Yes, sir.

18   Q.    And where did you meet him again?

19   A.    I met him in East Rock.

20   Q.    In East Rock?

21   A.    Yes, sir.

22   Q.    Do you recall seeing him in Cove Village on
23 September -- no, August the 29th of 2004?

24   A.    No, I never seen him in Cove Village.  I only
25 seen him in East Rock twice.  I never seen him nowhere

```
 1  else.
 2              MR. COLEMAN:  Okay.  No further questions.
 3              THE COURT:  Redirect?
 4                    REDIRECT EXAMINATION
 5  BY MR. TRIMBLE:
 6       Q.  Mr. Smith, were you ever -- well, were you in
 7  Cove Village on August 29th, 2004?
 8       A.  No.
 9       Q.  Do you remember the incident at Cove Village
10  August 29th, 2004?
11       A.  Yes, I remember Dez telling me about it.
12       Q.  Other than him talking to you, did you have
13  any personal knowledge of the events that night?
14       A.  No.  I definitely wasn't.  I definitely, only
15  thing I know is what Dez told me.  That is only thing I
16  know.  I wasn't personally involved or anything.
17              MR. TRIMBLE:  Thank you.  No further
18  questions.
19              THE COURT:  Recross?
20              MR. COLEMAN:  No questions, Your Honor.
21              THE COURT:  Thank you.
22              (Excerpt concluded)
23
24
25
```

```
 1                    TRANSCRIBER'S CERTIFICATE
 2
 3          I hereby certify that the foregoing proceedings in
 4   the matter of State of Maryland vs. Tyrone Campbell,
 5   Case Number K-15-7125, heard in the Circuit Court for
 6   Baltimore County, Maryland on May 10, 2016, were
 7   digitaly recorded.
 8          I further certify that, to the best of my
 9   knowledge and belief, page numbers one through 19
10   constitutes a true and correct transcript of the
11   proceedings.
12
13
14                          _____/s/_____
15                               Transcriber
16
17
18
19
20
21
22
23
24
25
```